FILED
MAY 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ROBERT HARPER     *
6414 Koffel Court
Elkridge, Maryland 21075     *
410-730-7420
vs.     *    Case No._____

NATIONAL CHILDREN'S CENTER
6200 Second Street, N.W. *
Washington, D. C. 20011

    *
SERVE ON;
    Case: 1:07-cv-00928
    *    Assigned To : Collyer, Rosemary M.
Ms. Arlene Lender, Chairperson     Assign. Date : 5/18/2007
National Children's Center     *    Description: Employ Discrim.
6200 Second Street, N. W.
Washington, D.C. 20011     *

    *

* * * * * * * * * * * *

## COMPLAINT

COMES NOW, Robert Harper, through counsel, James C. Strouse, Strouse Legal Services, and states:

**I. Jurisdiction**

1. Robert Harper is a resident of Maryland residing at 6414 Koffel Court, Elkridge, Maryland, 21075, and has been for three (3) years.

2. National Children's Center (hereinafter "NCC") is headquartered in Washington, D.C. at 6200 Second Street, N.W., Washington, D.C. 20011

3. Jurisdiction is under Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act of 1967, (hereinafter referred to as "Title VII" and "ADEA"). Jurisdiction is proper in Washington, D.C.

## II. FACTS COMMON TO ALL CAUSE OF ACTION

4. Robert Harper is an African American man of 63 years of age.

5. Mr. Harper joined the National Children's Center in 1996 as the Director of Transportation. He had previously worked in a similar job at WPS for 28 years.

6. He was very experienced and worked hard to develop the transportation fleet. He was able to obtain several federal grants to purchase vehicles and hire staff.

7. Through his efforts, with the assistance of management, Mr. Harper purchased 14 new vehicles for NCC and expanded his services to the needy children.

8. He also developed a vehicle maintenance program that was lauded by the Washington, D.C. Public Works Department. It used the program as a model.

9. Mr. Harper always went the extra mile for NCC, his employees, his customers, and the sick and disabled children.

10. His evaluations were always excellent.

11. His termination and replacement by a junior employee that Mr. Harper was training came as a shock to Mr. Harper.

12. Mr. Harper considered the termination package of nine (9) weeks was inadequate and asked for nine (9) months instead of nine weeks.

13. In addition, NCC terminated Mr. Harper without any expression or acknowledgment of his outstanding service to NCC.

14. Mr. Harper asked that he be given a going away party so that he could thank his employees and for NCC to give him the thanks and respect that he deserved.

15. NCC replaced Mr. Harper with a man much younger than he at a salary much less than his.

16. Mr. Harper believes that this termination was due to his objections to his transportation budget.

17. Mr. Harper clashed with the CFO, Ms. Michelle Durbin and Ms. Michelle Durbin retaliated against by terminating him. Mr. Andre' Cromwell, the COO, actually did the firing

18. Mr. Harper's only fault was fighting for his department's budget.

19. NCC terminated Mr. Harper on or about May 1, 2006 with NCC stating that it is restructuring his department due to budgetary restraints.

20. The EEOC reviewed the charges and on April 18, 2007 issued a Right to Sue Letter.

## COUNT I: AGE DISCRIMINATION

21. Paragraph 21 includes paragraphs 1 through 20 as if fully stated herein.

22. Age discrimination under ADEA involves purposeful discrimination against persons over 40 years of age.

23. Mr. Harper was 62 at the time of his termination.

24. NCC replaced Mr. Harper with a man under forty (40) years of age making far less than Mr. Harper and having little experience. Mr. Harper was training him at the time.

25. NCC replaced Mr. Harper with William Stevens who was 24 at the time.

WHEREFORE, Mr. Harper demands judgment and prays this Honorable Court award him:

A. Back pay of $164,804 (2x$82,402 with benefits)

4

 B. Front pay of $355,081 ($84,874 plus $87,420 plus $90,043 plus $92,744), three (3) percent raise per year.

 C. Legal fees and Court costs;

 D. Punitive damages of $1,000,000.00; and

 E. Such other and further relief as the nature of his cause may require.

## COUNT II: RETALIATION

26. Paragraph 26 includes paragraphs 1 through 25 as if fully stated herein.

27. Mr. Harper believes that this termination was due to his objections to his transportation budget.

28. Mr. Harper complained about his treatment of his department and reluctantly agreed to his budget.

29. Mr. Harper said the budget issue was simply a subterfuge to fire him.

30. Mr. Harper had done excellent work and received accolades during his 11 years at NCC.

31. Mr. Harper clashed with the CFO, Ms. Michelle Durbin and Ms. Michelle Durbin retaliated against him by terminating him.

WHEREFORE, Mr. Harper demands judgment and prays this Honorable Court award him:

A. Back pay of $164,804.00

B. Front pay of $355,081.00

C. Legal fees and Court costs;

D. Punitive damages of $1,000,000.00; and

E. Such other and further relief as the nature of his cause may require.

## REQUEST FOR A JURY TRIAL

Mr. Harper requests a jury trial in this matter

Respectfully Submitted,

*Robert P. Harper*
Mr. Robert Harper
6414 Koffel Court
Elkridge, MD 21075
410- 799-9966
*Pro Se*

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | | | |
|---|---|---|---|
| To: | Robert P. Harper<br>6414 Koffel Ct<br>Elkridge, MD 21075 | From: | Washington Field Office<br>1801 L Street, N.W.<br>Suite 100<br>Washington, DC 20507 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 570-2006-02168 | Janet Stump,<br>Enforcement Supervisor | (202) 419-0736 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

_Janet A. Stump for_
Dana Hutter,
Director

APR 1 8 2007
(Date Mailed)

cc:
Bridnetta D. Edwards
Reed Smith LLP
1301 K Street, NW
Suite 1100 - East Tower
Washington, DC 20005

James C. Strouse
Strouse Legal Services
5401 Twin Knolls Road
Suite 11
Columbia, MD 21045

07 0928
**FILED**

MAY 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CIVIL COVER SHEET

S-44
(Rev.1/05 DC)

07-928
RMC

## I (a) PLAINTIFFS

Robert Harker

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _88888_
(EXCEPT IN U.S. PLAINTIFF CASES)

Howard County, MD

## DEFENDANTS

National Childrens Center     11011
6670 Sandy Springs Rd, N.W.   Washington DC
COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED   Washington D.C. 20011

## (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

James C. Strouse, Ph.D. Esq
Strouse Legal Services
5401 Twin Knolls Rd, Su 7
Columbia MD 21045
410-730-7600

Case: 1:07-cv-00928
Assigned To : Collyer, Rosemary M.
Assign. Date : 5/18/2007
Description: Employ Discrim.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

①

| ☐ G. Habeas Corpus 2255 | ☐ H. Employment Discrimination | ☐ I. FOIA/PRIVACY ACT | ☐ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (If Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. Labor/ERISA (non-employment) | ☐ L. Other Civil Rights (non-employment) | ☐ M. Contract | ☐ N. Three-Judge Court |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
TITLE VII OF CIVIL RIGHTS ACT OF 1964 AS AMENDED; AGE DISCRIMINATION
42 USC 2000  IN EMPLOYMENT OF 1967

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $ _____  Check YES only if demanded in complaint
JURY DEMAND ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☒ NO  If yes, please complete related case form.

DATE 5.18.07   SIGNATURE OF ATTORNEY OF RECORD  NOT SIGNED  [signature] ~~Fed Bar # 84557~~ ~~Fed DC Bar Pending~~

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

[stamp: RECEIVED MAY 18 — NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT]

THE NATIONAL CHILDREN'S CENTER TERMINATED MR HARPER BECAUSE OF HIS AGE (62) AND SALARY (42,000 w/ benefits). NCC REPLACED MR HARPER WITH WILLIAM STEVENS (39) MAKING LESS THAN 50% OF HARPER'S SALARY!

N:\forms\js-44.wpd