# IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ROBERT HARPER     *
6414 Koffel Court
Elkridge, Maryland 21075     *

    Plaintiff
v.     *     Civil Action No. 07-928 RMC)

NATIONAL CHILDREN'S CENTER
6670 Sandy Springs Road, N.W.     *
Washington, D. C. 20011
    *
    Defendant
    *
*　*　*　*　*　*　*　*　*　*　*　*

## LINE

Please note that I represent the Plaintiff, Mr. Robert Harper. Kindly send me all court documents.

                Respectfully,

                James C. Strouse
                Strouse Legal Services
                5401 Twin Knolls Road
                Suite 7
                Columbia, Maryland 21045
                (410) 730-7600
                (410) 730-6994 (fax)