IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT HARPER,<br><br>       Plaintiff,<br><br>       v.<br><br>NATIONAL CHILDREN'S CENTER, INC.<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:07CV00928<br><br>   Judge: Rosemary M. Collyer |

## LOCAL CIVIL RULE 16.3 REPORT TO THE COURT

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Local Civil Rule 16.3(c), Robert Harper ("Plaintiff") and National Children's Center ("NCC" or "Defendant"), by their undersigned counsel, submit this report.

## BACKGROUND OF THE CASE

On May 18, 2007, Plaintiff filed a complaint against Defendant in the United States District Court for the District of Columbia alleging age discrimination in violation of the Age Discrimination in Employment Act of 1967, 29 U.S.C. §621, ("ADEA"), and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e-3(a), ("Title VII").[1]

On July 31, 2007, NCC filed a motion to quash service of process of the complaint. On September 19, 2007, Judge Collyer denied the motion on the basis that although service was technically unsound, Mr. Harper was currently prosecuting this case *pro se*. However, at all times, Plaintiff was represented by counsel. Plaintiff's counsel, James C. Strouse, acknowledged

---

[1] Plaintiff requested that the EEOC cease its investigation, and issue a Right-to-Sue letter. Accordingly, a Right-to-Sue letter was issued on April 18, 2007.

his representation on October 3, 2007. See, James C. Strouse's written notice of appearance submitted to the Court on October 3, 2007.

NCC filed an answer to the complaint on October 12, 2007.

### Rule 16.3(3)

The Parties have agreed as follows with respect to the numbered matters to be addressed under LCvR 16.3:

(1) The Defendant believes that this case is likely to be disposed of by a dispositive motion following discovery;  Plaintiff has not indicated their intent to file a dispositive motion.

(2) There are no further parties to join, or amendment to the pleadings;

(3) The case should not be assigned to a magistrate judge for all purposes;

(4) There is a possibility of settling the case;

(5) The case could benefit from alternative dispute resolution following the depositions of the Plaintiff, Robert Harper, and the Chief Financial Officer, Michele Durbin of NCC;

(6) As stated in number 1, Defendant believes that this case can be resolved by summary judgment, and intends to file within the appropriate time ordered by the Court;

(7) The Parties agree to stipulate to dispense with the initial disclosures required by Rule 26(a)(1);

(8) All discovery should be completed by April 30, 2008;

(9) The requirement of the exchange of expert witness reports should not be modified;

(10) This is not a class action;

(11) It is unnecessary for this trial to be bifurcated or managed in phases;

(12) The date for a pretrial conference should be set after the ruling on dispositive motions, and the completion of ADR; and

(13) The Parties request that a trial date be set at the pretrial conference 30 to 60 days following the conference.

(14) Plaintiff's counsel consents to the filing of this report, but represented to Defendant's counsel that he intends to file a supplement on December 5, 2007.

Respectfully submitted,

/s/ Bridnetta D. Edwards
Bridnetta D. Edwards, (Bar #437467)
Allison M. Lefrak, (Bar #485650)
**REED SMITH, LLP**
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, DC 20005-3317
(202) 414-9200
*Attorneys for Defendant*

/s/ James C. Strouse
James C. Strouse, Esq. (Bar# 09557)
**STROUSE LEGAL SERVICES**
5401 Twin Knolls Road, Suite 10
Columbia, MD 21045
(410) 730-7600
*Attorney for Plaintiff*

December 4, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Local Civil Rule 16.3 Report was

served, via electronic filing, on the 4th day of December, 2007 on:

James. C. Strouse, Esq.
5401 Twin Knolls Road, Suite 10
Columbia, MD 21045

/s/  Bridnetta D. Edwards_____
Bridnetta D. Edwards