UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT HARPER,**       )<br>                                            )<br>          **Plaintiff,**            )<br>                                            )<br>     v.                                     )          Civil Action No. 07-928 (RMC)<br>                                            )<br>**NATIONAL CHILDREN'S CENTER,** )<br>                                            )<br>          **Defendant.**           )<br>                                            ) | |

## SCHEDULING ORDER

Upon consideration of the joint reports of the parties submitted pursuant to LCvR 16.3(d), and after a scheduling conference held in open Court on December 17, 2007, it is hereby **ORDERED** that:

1. Initial discovery (*i.e.*, depositions of the Plaintiff, Robert Harper, and the Chief Financial Officer of National Children's Center, Michele Durbin) shall be completed no later than January 31, 2008.

2. Discovery material shall not be filed with the Court unless so ordered. *See* LCvR 5.2(a).

3. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. Counsel are referred to LCvR 26.2 and expected to conform fully with its directives. Moreover, counsel are required, under both Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with

      the Court.  Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

4. A further status conference is scheduled for 2:00 p.m. on April 11, 2008, at which time, if necessary, a discovery schedule, a briefing schedule, a pretrial conference date, and a trial date will be set.

5. This case will be referred to mediation for a 60-day period beginning February 1, 2008 by separate order.  If the case settles, in whole or in part, Plaintiff's counsel shall advise this Court by promptly filing a stipulation.

6. This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court.  *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

**SO ORDERED.**


Date: December 17, 2007
                                            /s/
                                     ROSEMARY M. COLLYER
                                     United States District Judge