IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT HARPER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL CHILDREN'S CENTER, INC. )<br>)<br>Defendant. )<br>) | Civil Action No. 1:07CV00928<br><br>Judge: Rosemary M. Collyer |

**MOTION FOR ADMISSION *PRO HAC VICE***

Defendant, National Children's Center ("NCC") by and through its undersigned counsel, hereby moves this Court for an Order, pursuant to Rule 83.2(d) of the Local Civil Rules of the United States District Court for the District of Columbia, permitting the appearance of attorney Catherine R. Nguyen, *pro hac vice*, on its behalf. In support of its motion, NCC states as follows:

1.  In addition to the undersigned counsel, NCC wishes to be represented in this action by attorney, Catherine R. Nguyen, who is also an attorney with the law firm of Reed Smith LLP. Ms. Nguyen is a member in good standing before the bar of the Commonwealth of Virginia. Her application to the Bar of the District of Columbia was accepted for processing in October of 2007 and is still pending. Prior to this request, she has requested to appear *pro hac vice* once before this Court. Ms. Nguyen's Declaration is attached hereto as Exhibit "A."

2.  Ms. Nguyen is familiar with the facts and circumstances of the claims alleged in this action and is likewise familiar with the law that will control the outcome of this dispute. NCC believes that the knowledge and expertise of Ms. Nguyen will assist in the litigation of this matter.

- 2 -

3.  The requirements of Local Rule 83.2(d) are met because Bridnetta D. Edwards, of the law firm of Reed Smith, LLP, counsel of record for NCC, is a member in good standing of the bar of this Court and will also serve as counsel to NCC. In addition to being admitted to practice before this Court, Ms. Edwards is admitted to the bars of the Pennsylvania, Maryland and the District of Columbia. Ms. Edwards is also admitted to practice in the United States District Courts for the District of Maryland.

WHEREFORE, NCC respectfully requests that this Court grant this motion and admit Catherine R. Nguyen to practice before this Court *pro hac vice*.

Respectfully submitted,

*/s/ Bridnetta D. Edwards*
Bridnetta D. Edwards.
(D.C. Bar No . 437467)
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005
(202) 414-9200
Fax (202) 414-9299

Counsel for Defendant NCC

Dated: January 3, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion for Admission *Pro Hac Vice* was served, via electronic filing, on this 3rd day of January 2008, on all parties who have appeared in this action.

/s/ Bridnetta D. Edwards

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT HARPER, ) | |
| ) | Civil Action No. 1:07CV00928 |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge: Rosemary M. Collyer |
| ) | |
| NATIONAL CHILDREN'S CENTER, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION of Defendant National Children's Center's Motion for Admission *Pro Hac Vice* of Catherine R Nguyen, it is by the Court, this ___ day of _____, 2008, hereby

ORDERED that Defendant's Motion for Admission *Pro Hac Vice* is hereby GRANTED; and it is further hereby

ORDERED that Catherine R. Nguyen is admitted to appear and participate before this Court as additional counsel of record for National Children's Center in this matter.

_____
Judge Rosemary M. Collyer