# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROBERT HARPER,

     Plaintiff,

     v.

NATIONAL CHILDREN'S CENTER,

     Defendant.

Civil Action No. 07-928 (RMC/JMF)

## ORDER

Please be advised that the above case has been assigned to Magistrate Judge John M. Facciola for **settlement.** In accordance with Local Rule 5.1(f), kindly insert my initials, as well as the trial judge's initials on all filings with the Clerk's Office.

Counsel should be aware that, while parties are welcome at all settlement conferences, their attendance is not required at the first conference. **Parties with settlement authority should, however, be available by phone for each and every settlement conference.** In addition, please note that mediation statements will not be accepted.

**Counsel are reminded that all settlement discussions held before the Magistrate Judge are confidential.** Any participant who discloses what occurred during those discussions will be held in contempt of court and may be punished by a fine or imprisonment or both. In addition, counsel who breach the confidentiality of settlement discussions will be immediately referred for disciplinary action.

Counsel are also reminded that they shall not address substantive matters in correspondence to the undersigned pursuant to Local Rule 5.1(b). All such correspondence will not be reviewed by the undersigned but will be returned immediately. Counsel are, however, permitted to address scheduling and other non-substantive matters to chambers via correspondence or telephone. All matters in the above captioned case should be addressed to the law clerk assigned to this action: **Jared S. Hosid, Esq. at 202/354-3135.**

January 14, 2008

cc:    Counsel  
       Judge  
       Files

/S/

JOHN M. FACCIOLA  
UNITED STATES MAGISTRATE JUDGE