Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT HARPER )
)
Plaintiff, )
)
v. ) Civil Action No: 07-928 (RMC/JMF)
)
NATIONAL CHILDREN'S CENTER )
)
Defendant. )

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Robert Harper and Defendant, National Children's Center, by and through their undersigned attorneys pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, hereby stipulate to the voluntary dismissal of this action with prejudice.

STROUSE LEGAL SERVICES

_/s/ James C. Strouse_
James C. Strouse, Esq.(Bar # 09557)
5401 Twin Knolls Road
Suite 7
Columbia, MD 21045

Date: 2/16/08

REED SMITH LLP

_/s/ Bridnetta D. Edwards_
Bridnetta D. Edwards (Bar # 437467)
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005-3373
Attorneys for National Children's Center

_____
Rosemary M. Collyer
United States District Judge